UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURES, LLC; AND SCI INFRASTRUCTURES, LLC, a Washington limited liability company,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>                                    Defendants. | NO.  2:22-cv-00299-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTENDED CASE SCHEDULE |
| CHEROKEE GENERAL CORPORATION, an Oregon corporation,<br><br>       Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SCI INFRASTRUCTURES, LLC, a Washington limited liability company; and SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION f/k/a NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Bond No. 2216796,<br><br>                     Counterclaim Defendants. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and other pretrial deadlines.  Dkt. No. 39.  In light of the parties' representations

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE - 1

regarding the voluminous documents at issue and other issues warranting additional time (*id*.), the Court finds good cause to extend the dates in the trial schedule. The previous scheduling order (Dkt. No. 31) is vacated, and the new case schedule shall be as follows:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 09:00 am on | **7/22/2024** |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/22/2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/23/2024 |
| All motions related to discovery must be filed by | 1/23/2024 |
| Discovery completed by | 2/22/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/25/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1 held no later than | 4/22/2024 |
| Mediation per LCR 39.1 if requested by the parties, held no later than | 6/6/2024 |
| All motions in limine must be filed by | 6/17/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 7/1/2024 |
| Trial briefs, proposed voir dire questions, and depositions designations due | 7/8/2024 |
| Pretrial conference scheduled at 10:00 am on | 7/11/2024 |

Accordingly, the parties' stipulated motion (Dkt. No. 39) is GRANTED.

Dated this 14th day of September, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge