UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, et al., | CASE NO. C22-0299-KKE |
|---|---|
| Plaintiff(s), | ORDER DENYING STIPULATED MOTION FOR A PROTECTIVE ORDER |
| v. | |
| CHEROKEE GENERAL CORPORATION, et al., | |
| Defendant(s). | |

This matter comes before the Court on the parties' submission of a stipulated protective order. Dkt. No. 45. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 45) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 13th day of November, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1