THE HONORABLE KYMBERLY EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURES, LLC; AND SCI INFRASTRUCTURES, LLC, a Washington limited liability company,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>                                    Defendants. | NO.  2:22-cv-00299-KKE<br><br>STIPULATION AND ORDER EXTENDING CASE DEADLINES |
| CHEROKEE GENERAL CORPORATION, an Oregon corporation,<br><br>        Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SCI INFRASTRUCTURES, LLC, a Washington limited liability company; and SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION f/k/a NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Bond No. 2216796,<br><br>                Counterclaim Defendants. | |

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

**STIPULATION**

Plaintiff and Counterclaim Defendant SCI Infrastructures, LLC ("SCI"), Defendant and Counterclaim and Third-Party Plaintiff Cherokee General Corporation ("Cherokee"), Defendant Hartford Fire Insurance Company ("Hartford"), and Counterclaim Defendant Swiss Re Corporate Solutions America Insurance Corporation f/k/a North American Specialty Insurance Company ("Swiss Re") (collectively referred to as the "Parties") hereby submit this Stipulated Motion to Extend Certain Deadlines in Dkt. #40.

### I.   INTRODUCTION

Pursuant to the Court's September 14, 2023 Order Granting Stipulated Motion to Extended Case Schedule (Dkt. #40), the following discovery-related deadlines were set by the Court:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 09:00 am on | **7/22/2024** |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/22/2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/23/2024 |
| All motions related to discovery must be filed by | 1/23/2024 |
| Discovery completed by | 2/22/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/25/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1 held no later than | 4/22/2024 |
| Mediation per LCR 39.1 if requested by the parties, held no later than | 6/6/2024 |
| All motions in limine must be filed by | 6/17/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order | 7/1/2024 |

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

| | |
|---|---|
| due, including exhibit list with completed authenticity, admissibility, and objections fields | |
| Trial briefs, proposed voir dire questions, and depositions designations due | 7/8/2024 |
| Pretrial conference scheduled at 10:00 am on | 7/11/2024 |

At this time, the Parties believe there is good cause pursuant to FRCP 16(b)(4) as well as LCR 16(b)(6) for an extension of discovery-related deadlines in the Court's Order Granting Stipulated Motion to Extended Case Schedule (Dkt. #40). The Parties are not asking the Court to extend any deadlines that have already passed, nor are the Parties asking the trial date be modified. Rather, the parties are asking that the Court grant the Parties' joint request to extend the following pending discovery-related deadlines:

| Event | Current Date | Requested Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/22/2023 | 2/22/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/23/2024 | 3/15/2024 |
| All motions related to discovery must be filed by | 1/23/2024 | 3/21/2024 |
| Discovery completed by | 2/22/2024 | 4/1/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/25/2024 | 4/7/2024 |

The Parties believe the above-requested extensions are necessary given the high volume of documents still being produced in this matter, coupled with efforts to obtain access to documents marked as confidential pursuant to a Protective Order in the matter of *Cherokee General Corporation v. United States*, Case No. 18-412C (Ct. Cl. 2018) (the "Underlying Lawsuit"). The Parties are jointly coordinating the production of documents requested from

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

third parties via subpoenas served months ago, and some or all of the Parties intend to issue additional subpoenas in the coming weeks.

In addition to the above, discovery in this litigation includes depositions of several different individuals, some of whom are no longer employed by the parties and/or are currently attempted to be located/reached by the parties, and other individuals currently/formerly employed by the United States Army Corps of Engineers ("USACE"), which have posed logistical challenges related to the scheduling of the same due to restrictions by the United States.

The extensions requested by the Parties would allow the Parties additional time to resolve issues posed by the Protective Order in the Underlying Lawsuit, contact former and/or unavailable employees for the purposes of deposing the same, obtain documents pursuant to subpoenas previously issued, and provide the time necessary to obtain and review all relevant facts and information necessary to resolve this dispute.

## II.   RELIEF REQUESTED

The Parties ask that the Court to extend the currently pending discovery-related deadlines set pursuant to Dkt. #40 as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/22/2023 | 2/22/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/23/2024 | 3/15/2024 |
| All motions related to discovery must be filed by | 1/23/2024 | 3/21/2024 |
| Discovery completed by | 2/22/2024 | 4/1/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 3/25/2024 | 4/7/2024 |

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1

2      In the alternative, to the extent the Court declines to grant the above-requested

3  extensions, the Parties respectfully request the Court grant the following extensions of

4  deadlines regarding expert reports:

5

| Event | Current Date | Requested Date (In the Alternative) |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/22/2023 | 2/6/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/23/2024 | 2/26/2024 |

8

9          ### III.   STATEMENT OF FACTS

10      To date, the Parties have worked diligently and effectively together on this matter, and

11  have already attempted to mediate this dispute. Both SCI and Cherokee have issued discovery

12  which has resulted in the continued production of documents, but leave the Parties with a

13  significant volume of documents to review. The parties are currently attempting to schedule

14  depositions, which has proven challenging given the logistical difficulties of scheduling

15  witnesses employed or formerly employed by the USACE, (*e.g.*, requiring the Parties submit

16  Touhy Requests prior to deposing current/former employees of the USACE, the USACE's

17  restrictions of witness availability, etc.), the upcoming holidays, and the fact that several

18  witnesses are former employees of the Parties. Finally, the Parties are currently engaged in

19  discussions with one another and counsel for the Department of Justice in order for SCI to

20  obtain documents produced by the United States in the Underlying Lawsuit, and are currently

21  engaged in efforts to compel the production of documents pursuant to subpoenas issued (or

22  subpoenas that will be issued) to third parties. The foregoing efforts have made a brief

23  continuance of the deadlines in the interest of the Parties and the Court, as the above-requested

24

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

extensions will allow for a more efficient and effective resolution of the issues posed in this dispute.

## IV.   ARGUMENT

### A.   Legal Standard

Pursuant to FRCP 16(b)(4), LCR 16(b)(6) the deadlines set forth in the Court's Order Granting Stipulated Motion to Extended Case Schedule (Dkt. #40) may be modified with good cause. The "good cause" standard considers the diligence of the party (or Parties) seeking the amendment. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609, (1992). The District Court can modify the schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609.

### B.   The Court Should Extend Discovery-Related Deadlines By 30 Days

The above-described facts support that there is good cause for an extension of the currently pending discovery-related deadlines in this matter. The extension will allow for the Parties to continue to engage in necessary discovery and motion practice to prepare for trial or another mediation effort. The Parties have effectively used their time and worked diligently together by exchanging information and documents, and have worked towards resolution of the above-referenced challenges through regular and cooperative phone calls both with one another and with third parties in possession of information relevant to this dispute. At this point, an extension of the currently pending discovery-related deadlines is necessary to ensure the Parties will have an opportunity to conduct all necessary discovery before the deadlines for discovery and dispositive motions expire. A failure to grant an extension of these currently pending deadlines would force the Parties to proceed in the case on incomplete facts and on an unnecessarily expedited schedule.

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

### V.    Conclusion

For the reasons stated above, the Parties jointly request the Court grant the above-requested extensions of currently pending discovery-related deadlines.

DATED:  December 1, 2023.

I certify that this memorandum contains 1,278 words, in compliance with the Local Civil Rules.

ASHBAUGH BEAL LLP

By:   s/ Khalid Aziz
      Robert S. Marconi, WSBA #16369
      bmarconi@ashbaughbeal.com
      Khalid Aziz, WSBA #57409
      kaziz@ashbaughbeal.com
      *Attorneys for SCI Infrastructure, LLC*

TOMLINSON BOMSZTYK RUSS

By:   s/ David Vaz
      Blair M. Russ, WSBA #40374
      bmr@tbr-law.com
      Aric S. Bomsztyk, WSBA #38020
      asb@tbr-law.com
      David Vaz, WSBA #60480
      dv@tbr-law.com
      *Attorneys for Cherokee General*
      *Corporation and Hartford Insurance*
      *Company*

WILLIAMS KASTNER GIBBS

By:   s/ Paul Friedrich
      Paul K. Friedrich, WSBA #43080
      pfriedrich@williamskastner.com
      *Attorneys for Swiss Re Corporate Solutions*
      *America Insurance Corporation f/k/a North*
      *American Specialty Insurance Company*

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1

2

## <u>ORDER</u>

3

The parties' stipulated motion (Dkt. No. 50) is GRANTED:

4

| Event | Date |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 2/22/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 3/15/2024 |
| All motions related to discovery must be filed by | 3/21/2024 |
| Discovery completed by | 4/1/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)) | 4/7/2024 |

5

6

7

8

9

10

11

12

Any case deadline previously set (see Dkt. No. 40) and not modified by this order remains in effect.

13

14

DATED this 1st day of December, 2023.

15

16

Kymberly K. Evanson
United States District Judge

17

18

Presented by:

19

ASHBAUGH BEAL LLP

20

By:   s/ Khalid Aziz

21

Robert S. Marconi, WSBA #16369
bmarconi@ashbaughbeal.com

22

Khalid Aziz, WSBA #57409
kaziz@ashbaughbeal.com
*Attorneys for SCI Infrastructure, LLC*

23

24

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

TOMLINSON BOMSZTYK RUSS

By:   s/ David Vaz
　　　Blair M. Russ, WSBA #40374
　　　bmr@tbr-law.com
　　　Aric S. Bomsztyk, WSBA #38020
　　　asb@tbr-law.com
　　　David Vaz, WSBA #
　　　dv@tbr-law.com
　　　*Attorneys for Cherokee General*
　　　*Corporation and Hartford Insurance*
　　　*Company*


WILLIAMS KASTNER GIBBS


By:   s/ Paul Friedrich
　　　Paul K. Friedrich, WSBA #43080
　　　pfriedrich@williamskastner.com
　　　*Attorneys for Swiss Re Corporate Solutions*
　　　*America Insurance Corporation f/k/a North*
　　　*American Specialty Insurance Company*

STIPULATION AND ORDER EXTENDING CASE
DEADLINES
(NO. 2:22-cv-00299-KKE)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400