THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURES LLC; and SCI INFRASTRUCTURES LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendants. | NO.  2: 22-cv-00299 KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND OTHER DEADLINES** |
| CHEROKEE GENERAL CORPORATION, an Oregon corporation,<br><br>    Counterclaim and Third-Party Plaintiff,<br><br>v.<br><br>SCI INFRASTRUCTURES, LLC, a Washington limited liability company; and SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION f/k/a NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Bond No. 2216796,<br><br>        Counterclaim Defendants. | |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND OTHER DEADLINES - 1



1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907

This matter comes before the Court on the parties' stipulated motion to continue the trial date. Dkt. No. 58. In light of the parties' representations regarding the voluminous documents at issue and other issues warranting additional time (*id.*), the Court finds good cause to extend the dates in the trial schedule.

The Court therefore GRANTS the parties' stipulated motion (Dkt. No. 58), and VACATES the deadlines in prior scheduling orders (Dkt. Nos. 31, 40, and 51). The new trial date proposed by the parties cannot be accommodated by the Court's calendar, and the courtroom deputy shall enter a new case schedule with a trial date selected to accommodate the Court's availability, along with an extension of all unexpired pretrial deadlines.

DATED this 6th day of March, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE
TRIAL DATE AND OTHER DEADLINES - 2

TOMLINSON
BOMSZTYK
RUSS

1000 Second Avenue, Suite 3660,
Seattle, Washington 98104-1046
P/ 206.621.1871   F/ 206.621.9907