**THE HONORABLE KYMBERLY K. EVANSON**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of SCI INFRASTRUCTURES LLC; and SCI INFRASTRUCTURES LLC, a Washington limited liability company,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>CHEROKEE GENERAL CORPORATION, an Oregon corporation; and HARTFORD INSURANCE COMPANY, a Connecticut corporation,<br>　　　　　　　　　　　　Defendants. | NO. 2: 22-cv-00299 KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS** |
| CHEROKEE GENERAL CORPORATION, an Oregon corporation,<br><br>　　Counterclaim and Third-Party Plaintiff,<br>v.<br><br>SCI INFRASTRUCTURES, LLC, a Washington limited liability company; and SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION f/k/a NORTH AMERICAN SPECIALTY INSURANCE COMPANY, Bond No. 2216796,<br>　　　　　　　Counterclaim Defendants. | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS - 1

Plaintiff and Counterclaim Defendant, SCI Infrastructure, LLC ("SCI"), Defendant and Counterclaim and Third-Party Plaintiff, Cherokee General Corporation ("Cherokee"), Defendant Hartford Fire Insurance Company ("Hartford"), and Counterclaim Defendant Swiss Re Corporate Solutions America Insurance Corporation f/k/a North American Specialty Insurance Company ("Swiss Re") (collectively referred to as the "Parties") hereby submit this Stipulation and Order of Dismissal.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that all of the claims brought in this lawsuit, including cross and counterclaims, have been fully compromised and settled, and pursuant to FRCP 41(a)(2), the same may be dismissed with prejudice and without an award of attorney fees and costs to any party.

DATED this 22nd day of July 2024.

| | |
|---|---|
| TOMLINSON BOMSZTYK RUSS | ASHBAUGH BEAL LLP |
| By: _____ | By: __/s/ Khalid Aziz_____ |
| Blair M. Russ, WSBA #40374 | Robert S. Marconi, WSBA #16369 |
| bmr@tbr-law.com | bmarconi@ashbaughbeal.com |
| Aric S. Bomsztyk, WSBA #38020 | Khalid Aziz, WSBA #57409 |
| asb@tbr-law.com | kaziz@ashbaughbeal.com |
| *Attorneys for Cherokee General Corporation and Hartford Fire Insurance Company* | *Attorneys for SCI Infrastructure, LLC* |

FRIEDRICH & DISHAW, PLLC

By:   __/s/ Paul K. Friedrich_____
Paul K. Friedrich, WSBA #43080
paulf@fdlawpllc.com
*Attorneys for Swiss Re Corporate Solutions America Insurance Corporation f/k/a North American Specialty Insurance Company*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS - 2

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 65. IT IS HEREBY ORDERED that all claims brought in the above-captioned matter, including cross and counterclaims, are hereby DISMISSED WITH PREJUDICE and without an award of costs or attorney's fees to any party.

Dated this 22nd day of July, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge